UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR COLON, an individual and on behalf of all others similarly situated, and as a private attorney general,<br><br>  Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-00432-MCE-DB<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

Pursuant to the Stipulation of the Parties and good cause appearing therefor, IT IS HEREBY ORDERED that:

(1) Plaintiff's class allegations are hereby dismissed without prejudice such that the dismissal will not affect putative class members or their rights in any way;

(2) Plaintiff's allegations pursuant to the Labor Code Private Attorneys General Act of 2004, Cal. Lab. Code § 2698 et seq., are hereby dismissed without prejudice such that the dismissal will not affect absent parties' rights in any way; and

(3) Plaintiff's individual claims shall be dismissed with prejudice.

(4) Each side shall bear its own attorney's fees and costs.

(5) The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE